40 WALL STREET, 29TH FLOOR
NEW YORK, NEW YORK 10005
Tel: 212.423.0305
Fax: 212.423.0304
www.KerrLLP.com



WILLIAM B. KERR

December 17, 2019

VIA ECF
Honorable Ronnie Abrams
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2019
```

Re: Klein v. Aicher, 1:19-cv-09172 (RA)

Your Honor:

I represent the Plaintiff Refael Klein in the above-referenced matter.

Per Your Honor's Endorsed Order dated December 16, 2019, this letter is submitted by the parties to clarify the parties' request to adjourn the initial status conference originally scheduled for December 20, 2019 at 11:15 a.m. The parties jointly request that the initial status conference be stayed pending the Court's resolution of Defendant Stacey R.B. Aicher's anticipated motion to dismiss.

There have been no prior requests for adjournment or extension of time.

Respectfully Submitted,

William B. Kerr

cc: Defendant's Counsel of Record
(Via ECF)

---

Application granted. The initial status conference is adjourned *sine die* pending the Court's resolution of Defendant's anticipated motion to dismiss.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 18, 2019

**MEMO ENDORSED**