```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REFAEL KLEIN,

           Plaintiff,

v.

STACEY R. B. AICHER,

           Defendant.

No. 19-CV-9172 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 20, 2020, Plaintiff sought leave to file and serve a redacted version of Exhibit 1, which accompanied his response papers to Defendant's motion for sanctions and motion to dismiss and/or for summary judgment. Dkt. 55. The Court granted that redaction request because Exhibit 1 included confidential medical information. Dkt. 56. A redacted version of Exhibit 1 was filed on April 22. Dkt. 58, 58. On May 5, Plaintiff then sought to seal that same exhibit, explaining that his "sealing request is limited: He requests that the public version of each of his Exhibit 1s show each of the instances where CHSLI accessed his medical records but include redactions of the names of other providers that accessed his medical records and all dates of access." Dkt. 59. This request was granted on May 6. Dkt. 62. However, Plaintiff never filed the document on ECF. Thus, even the sealed version of Exhibit 1 – which was intended to be available only to the Court – has not been uploaded.

      No later than **tomorrow, July 2, 2020 at 5:00 p.m.**, Plaintiff must file a copy of Exhibit 1 under seal in accordance with Rule 5(A) of this Court's individual rules.

SO ORDERED.

Dated:   July 1, 2020
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge