| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-1-20 |

REFAEL KLEIN,

                Plaintiff,

     v.

STACY AICHER,

               Defendant.

19-CV-9172 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 21, 2020, this Court dismissed this action without prejudice and granted Defendant's motions for sanctions, attorneys' fees, and costs. Dkt. 74. On August 31, 2020, this Court received a letter requesting a 90-day stay of proceedings pending the retention of new counsel. Federal Rule of Appellate Procedure 4(a)(5) allows a district court to grant a civil litigant an extension of time to file a notice of appeal following the entry of final judgment. In this case, however, Plaintiff's counsel filed a timely notice of appeal on August 20, 2020. Following the entry of the notice of appeal, the Second Circuit Court of Appeals requires an appellant to file Form C and Form D in accordance with Local Rule 12.1 within 14 days. To the extent Plaintiff seeks an extension of time to file these forms with the Court of Appeals, he must raise this issue with the appellate court, not this Court.

    The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.

SO ORDERED.

Dated:    September 1, 2020
              New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge