UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REFAEL KLEIN,

                Plaintiff,

v.

STACEY R. B. AICHER,

                Defendant.

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 9-29-20 |

19-CV-9172 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to this Court's opinion and order dated July 21, 2020, Dkt. 74, Plaintiff is required to pay Defendant's attorneys' fees and costs, calculated to be $74,160, Dkt. 77.  To date, he has not done so.  Accordingly, no later than October 6, 2020, Plaintiff must do so.  Plaintiff is advised that failure to comply with this order may result in the levying of additional sanctions against him.  *See S. New England Tel. Co. v. Glob. NAPs Inc.*, 624 F.3d 123, 144 (2d Cir. 2010) ("[T]he district courts have the inherent power to find a party in contempt for bad faith conduct violating the court's orders.").

SO ORDERED.

Dated:    September 29, 2020
                New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge