UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-6-20
```

REFAEL KLEIN,

                Plaintiff,

      v.

STACEY R. B. AICHER

                Defendant.

19-CV-9172 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Having reviewed the parties' recent communications, the Court grants Plaintiff a two week extension to pay Defendant's attorneys' fees and costs. Plaintiff shall make these payments no later than October 20, 2020. No further adjournments will be granted.

SO ORDERED.

Dated:    October 6, 2020
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge