| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 11/2/20 |

REFAEL KLEIN,

            Plaintiff,

    v.

STACEY R. B. AICHER,

            Defendant.

19-CV-9172 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Klein's motion for a thirty-day stay of the Court's October 6, 2020 Order is denied. Dkt 89. This Court informed Klein in that Order that no further adjournments would be granted. See Dkt. 88. Further, under Local Rule 6.3, a motion for reconsideration must be filed within 14 days of the Court's judgment. That time has long since expired. Accordingly, Klein's request for a stay to obtain new counsel and pursue a motion for reconsideration is denied.

    Klein's request to seal his October 18, 2020 letter, however, is granted, as the Court recognizes that this letter contains information about Klein's medical conditions that he understandably wishes to remain private. *Cf. Johnson v. Fed. Bureau of Prisons*, no. 16-cv-3919, 2017 U.S. Dist. LEXIS 186123, *5 (E.D.N.Y. Nov. 9 2017) ("[F]ederal courts routinely issue protective orders to ensure the confidentiality of medical records.").

    Accordingly, the Clerk of Court is respectfully directed to seal Dkt. 89, rendering it visible only to the parties (Refael Klein and Stacey Aicher), their counsel, and Court staff.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Klein.

SO ORDERED.

Dated:    November 2, 2020
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge