40 WALL STREET, 29TH FLOOR
NEW YORK, NEW YORK 10005
Tel: 212.423.0305
www.KerrLLP.com



WILLIAM B. KERR

November 12, 2020

VIA ECF
Hon. Ronnie Abrams
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

      Re:    Klein v. Aicher, 1:19-cv-09172 (RA)

Your Honor:

I represent the Plaintiff Refael Klein ("Plaintiff") in the above-referenced matter.

Plaintiff respectfully requests leave to file a short sur-reply in further opposition to Defendant Stacey R. B. Aicher's ("Defendant") motion for contempt, to compel and/or for additional sanctions. Defendant's Reply Declaration of Thomas S. D'Antonio (Dkt. 99) makes factual arguments challenging Plaintiff's declaration in opposition (Dkt. 94 (sealed) & 100 (redacted)) and Plaintiff would like the opportunity to respond.

Plaintiff proposes to submit the requested sur-reply within seven days of the Court granting this application.

                                    Respectfully Submitted,

                                    William B. Kerr

cc:    Thomas D'Antonio (Via ECF)