# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RAFAEL KLEIN,

                Plaintiff,                19 **CIVIL** 9172 (RA)

      -against-                **JUDGMENT**

STACEY B. AICHER,

                Defendant.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2020 and Memorandum Opinion and Order dated May 14, 2021, pursuant to Rule 11 and in accordance with its prior opinion, the Court awards Defendant $74,160 to cover the attorneys' fees and costs incurred in defending herself in this litigation from October 11, 2019 to July 27, 2020. Plaintiff is, therefore, hereby ordered to pay sanctions to Defendant in the amount of $74,160; that Klein be held in civil contempt for violating the July 29 and October 6 orders and as a result, must pay Aicher an additional $13,284.79 in attorneys' fees and costs.

    **IT IS FURTHER ORDERED** that Klein pay both the $13,284.79 in sanctions imposed in this order—as well as the $74,160 in sanctions imposed in the July 29 Order—to the Clerk of this Court.

**Dated:** New York, New York
        May 17, 2021

                                                         **RUBY J. KRAJICK**

                                                          Clerk of Court

                                    **BY:**

                                                           Deputy Clerk